**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6591**

---

KELVIN JAY X MORRIS,

Plaintiff - Appellant,

versus

HENRY C. MURDEN, Circuit Court Clerk; PAMELA
H. ASKEW, Court Reporter, individually and in
their official capacities,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-95-419-2)

---

Submitted: September 20, 1996      Decided: October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kelvin Jay X Morris, Appellant Pro Se. Abram W. VanderMeer, Jr., CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Morris v. Murden</u>, No. CA-95-419-2 (E.D. Va. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>